### CHAS. REESE v. THE STATE.

No. 3672.   Decided May 20, 1908.

**1.—Aggravated Assault—Statement of Facts—Continuance.**

An application for continuance cannot be reviewed on appeal in the absence of a statement of fact.

**2.—Same—Certificate of Judge.**

Where the statement of facts is not verified by a certificate of the trial judge, the same cannot be considered on appeal; and this, whether an agreed statement or one made up by the judge.

Appeal from the County Court of Comanche.   Tried below before the Hon. J. H. McNillan.

Appeal from a conviction of aggravated assault; penalty, a fine of $25. The opinion states the case.

*E. C. Gaines,* for appellant.

*F. J. McCord,* Assistant Attorney-General, for the State.

BROOKS, JUDGE.—Appellant was convicted of aggravated assault and his punishment assessed at a fine of $25.

The only question we deem necessary to pass on in this case is the application for continuance. This cannot be reviewed in the absence of a statement of facts. We find that the court began on the first day of July, and what purports to be a statement of facts was filed by the clerk on the second day of July, but no certificate of the judge is attached to the statement of facts verifying same, either as an agreed statement of facts or one made up by the judge after disagreement of counsel as required by the statute. This being true, we cannot consider the statement of facts. As suggested, in the absence of statement of facts we cannot tell whether the application for continuance is good or not.

Finding no error in the record, the judgment is affirmed.

*Affirmed.*